# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES J. SCHINCO, personally, and as father and next friend of A.S. and I.S., minor children; and ALEXIS SARMIENTO;<br><br>              Plaintiffs,<br><br>vs.<br><br>AMY SCHINCO,<br><br>              Defendant. | 8:18CV27<br><br>**ORDER** |

This matter is before the Court following a telephonic status conference held with counsel for the parties on November 1, 2018. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED:**

1. This case, including discovery, is stayed;
2. Commencing **December 3, 2018**, and every thirty days thereafter, the parties shall jointly file reports regarding the status of the underlying divorce action and the parties' settlement negotiations; and
3. Within 14-days after resolution of the divorce action, the parties shall contact the undersigned magistrate judge for further progression of this case.

Dated this 1st day of November, 2018.

                                                BY THE COURT:

                                                s/ Michael D. Nelson
                                                United States Magistrate Judge